1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant VARGAS

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )
                                          ) No. CR 3-06-70648
                Plaintiff,                )
12                                        ) STIPULATION AND [PROPOSED]
        v.                                ) ORDER AMENDING CONDITIONS
13                                        ) OF PRETRIAL RELEASE
   ROBERT VARGAS,                         )
14                                        )
                Defendant.                )
15 _____)

16

17

18

19

20

21

22

23

24

25

26

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE

1  With the permission of Pretrial Services Officer Michelle Nero, Defendant Robert Vargas
2  respectfully requests, and the parties agree, that his conditions of pretrial release should be amended
3  so that he may temporarily leave the Northern District of California on a previously scheduled cruise
4  to Mexico from November 6 through November 15, 2006. A complete detailed itinerary of the
5  cruise shall be provided to Ms. Nero. During the stay, Mr. Vargas will be reachable on his cell
6  phone. Mr. Vargas shall remain in contact with Pretrial Services as directed by Ms. Nero. All other
7  conditions to remain the same.
8  IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: 10/24/06

DEREK OWENS
Assistant United States Attorney

DATED: 10/24/06

DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Robert Vargas

IT IS SO ORDERED.
DATED: October 26, 2006

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

STIP. & ~~PROP~~. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE                - 1 -