BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                    ) | No. CR 3-06-70648 |
|            Plaintiff,              ) | |
|                                    ) | STIPULATION AND [PROPOSED] |
|      v.                            ) | ORDER AMENDING CONDITIONS |
|                                    ) | OF PRETRIAL RELEASE |
| ROBERT VARGAS,                     ) | |
|                                    ) | |
|            Defendant.              ) | |

1   With the permission of Pretrial Services Officer Michelle Nero, Defendant Robert Vargas
2   respectfully requests, and the parties agree, that his conditions of pretrial release should be amended
3   to permit him to temporarily leave the Northern District of California as follows:  1) Long Beach,
4   California, flying out from Oakland airport on Friday, May 18, 2007, staying at the Renaissance
5   Hotel Resort, 111 East Ocean Boulevard, (562) 437-5900, and returning Monday, May 21, 2007; and
6   2) Mexican cruise, flying out from Oakland airport to Long Beach on October 10, 2007, and then
7   boarding the ship for Puerto Vallarta, and returning on October 17, 2007.  During those times, Mr.
8   Vargas will reachable on his cell phone (415) 572-8891.  Mr. Vargas shall remain in contact with
9   Pretrial Services as directed by Ms. Nero.  All other conditions to remain the same.
10  IT IS SO STIPULATED.
11                                          KEVIN V. RYAN
                                            United States Attorney
12
13  DATED:    05/08/07         _____/s/_____
                                            DEREK OWENS
14                                          Assistant United States Attorney
15
16  DATED:    05/08/07         _____/s/_____
                                            DANIEL P. BLANK
17                                          Assistant Federal Public Defender
                                            Attorney for Robert Vargas
18
19  IT IS SO ORDERED.
20  DATED:   5/9/07
                                            _____
21                                          EDWARD _____
                                            United _____

IT IS SO ORDERED
Judge Edward M. Chen

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE           - 1 -